IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-02344-PAB-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of New Frontier
Bank, Greeley, Colorado,

      Plaintiff,

v.

KANSAS BANKERS SURETY COMPANY, a Kansas corporation,

      Defendant.

---

## ORDER OF RECUSAL

---

This matter comes before the Court on defendant Kansas Bankers Surety

Company's Corporate Disclosure Statement [Docket # 161], in which it states that

100% of its stock is owned by National Indemnity Company, which is owned 100% by

Berkshire Hathaway Inc., a company in which I own shares of stock.  Pursuant to

Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455,

it would be inappropriate for me to preside over this case.  Accordingly, I will recuse

myself.  It is therefore

      **ORDERED** that the judge's file be returned to the clerk's office for the case to be

reassigned by random draw.

      DATED September 23, 2013.

                      BY THE COURT:

                      s/Philip A. Brimmer
                      PHILIP A. BRIMMER
                      United States District Judge