IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02344-WJM-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION, as
RECEIVER OF NEW FRONTIER BANK, GREELEY, COLORADO,

Plaintiff(s),

v.

KANSAS BANKERS SURETY COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Kansas Bankers Surety Company's Unopposed Motion for Leave to File Its Amended Answer to Plaintiff's Complaint (Docket No. 23) is granted.  The tendered Amended Answer (Docket No. 23 at 4) is accepted for filing as of the date of this Minute Order.

Date: November 4, 2013