IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02344-WJM-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION, as
RECEIVER OF NEW FRONTIER BANK, GREELEY, COLORADO,

Plaintiff(s),

v.

KANSAS BANKERS SURETY COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

       It is hereby ORDERED that Joint Motion For Entry of Agreed Protective Order
(docket no. 25) is GRANTED finding good cause shown.  The written Protective Order
(docket no. 25-1) is APPROVED as amended in paragraph 6 and made an Order of
Court.

Date: November 4, 2013