IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02344-WJM-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION, as
RECEIVER OF NEW FRONTIER BANK, GREELEY, COLORADO,

Plaintiff(s),

v.

KANSAS BANKERS SURETY COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Entry of Order Approving Agreed Protocol Regarding Plaintiff's Production of New Frontier Bank Documents (docket no. 31) is GRANTED finding good cause shown.  The written Order Approving Agreed Protocol Regarding Plaintiff's Production of New Frontier Bank Documents (docket no. 31-1) is APPROVED and is made an Order of Court.

Date: November 12, 2013