IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02344-WJM-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION, as
RECEIVER OF NEW FRONTIER BANK, GREELEY, COLORADO,

Plaintiff(s),

v.

KANSAS BANKERS SURETY COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Entry of Amended Scheduling Order (Docket No. 50) is GRANTED.  The Scheduling Order (Docket No. 35) is amended as follows:

Plaintiff's Expert Disclosure and Reports: June 30, 2014;
Defendant's Expert Disclosure and Reports: July 31, 2014;
Written discovery - last day to serve: July 31, 2014;
Plaintiff/Defendant Rebuttal Expert Disclosures and Reports: August 15, 2014;
Discovery Cutoff, including all fact and expert depositions: August 29, 2014;
Dispositive Motions: September 30, 2014.

It is FURTHER ORDERED that the Final Pretrial Conference set for August 28, 2014 at 9:00 a.m. is VACATED.  The Final Pretrial Conference is RESET for November 20, 2014 at 9:00 a.m.  The parties shall submit their proposed pretrial order on or before November 14, 2014.

Date: March 25, 2014