IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02344-PAB-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION, as
RECEIVER OF NEW FRONTIER BANK, GREELEY, COLORADO

    Plaintiff,

v.

KANSAS BANKERS SURETY COMPANY, n/k/a
KANSAS BANKERS SURETY COMPANY, A DIVISION OF
BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY

    Defendant.

---

ORDER ( Docket No 57 )

---

This matter comes before the Court upon review of Defendant's Unopposed Motion for leave to Depose Federal Inmate Gregory W. Bell (Doc. 57), filed on June 9, 2014. Defendant moves this Court for leave to take the deposition of Gregory W. Bell, federal inmate number 39114-013. Bell is currently confined at FCI Fort Worth in Fort Worth, Texas. Pursuant to Rule 30(a)(2)(B), Federal Rules of Civil Procedure, a party wishing to depose an individual confined in prison must obtain leave of the Court to do so.

In compliance with local rule D.C.COLO.CivR 30.1, counsel for Defendant conferred with counsel for Plaintiff who does not oppose the relief requested.

ACCORDINGLY, it is hereby **ORDERED**:

1. Defendant's Unopposed Motion for Leave to Depose Federal Inmate Gregory W. Bell (Doc. 57) is **GRANTED**.

2. Defendant may take the deposition of Gregory W. Bell, federal inmate number 39114-013, an individual held in custody at FCI Fort Worth in Fort Worth, Texas.

3. Defendant shall contact the Supervisor of the prison where Bell is incarcerated to arrange for an appropriate time and place for the deposition.

**DONE and ORDERED** this 9TH day of June 2014.

_____
Michael J. Watanabe
United States Magistrate Judge

Copies to: Counsel of Record