IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.:** 13-cv-02344–MJW-MJW | FTR - Courtroom A-502 |
| **Date:** July 9, 2014 | Courtroom Deputy, Sabrina Grimm |
| FEDERAL DEPOSIT INSURANCE CORPORATION, | David Bryant<br>John Rule<br>John Mereness |
| Plaintiff,<br>v. | |
| THE KANSAS BANKERS SURETY COMPANY | Heather Kelly<br>Rebecca Yocum |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**1:31 p.m.**    **Court in session.**

Court calls case. Appearances of counsel.

Discussion regarding possible resolution suggested in the Plaintiff's response brief [64].

**ORDERED:** Defendant's Emergency Motion to Amend the Scheduling Order, for Protective Order to Quash Noticed Depositions and to Expedite the Briefing and Consideration of this Motion [61] is GRANTED pursuant to the agreement of the parties. The parties are ordered as follows:

   1. Parties to promptly release non-party witnesses from deposition subpoenas requiring attendance for depositions currently scheduled to occur.

   2. Case schedule to be suspended until August 1, 2014.

   3. From now through August 1, parties to remain in consultation with each other, and to discuss in good faith and attempt to resolve all issues and potential impediments to commencement of deposition discovery and resumption of the case schedule.

   4. On August 7, 2014, parties to submit to the Court a jointly proposed

>              **amended scheduling order for the remainder of the case, or if the parties are unable to agree, to simultaneously file supplemental briefs addressing any unresolved matters and the parties' respective requests for relief.**

**ORDERED:**   **On or before August 7, 2014, counsel shall file the proposed amended scheduling order pertaining to the remainder of the case or parties shall file simultaneous supplemental briefs on any unresolved matters.**

**1:40 p.m.**   **Court in recess.**

Hearing concluded.
Total in-court time: 00:09

To order a transcript of this proceedings, contact  Avery Wood Reports (303) 825-6119.