IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02344-WJM-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION, as
RECEIVER OF NEW FRONTIER BANK, GREELEY, COLORADO,

Plaintiffs,

v.

KANSAS BANKERS SURETY COMPANY,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Parties' Joint Motion to Amend Scheduling Order to Extend Discovery Period One Week (Docket No. 73) is GRANTED.  The Scheduling Order (Docket No. 35, as amended by Docket No. 71) is amended to extend the discovery deadline to December 2, 2014.

Date:   October 16, 2014