**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-02344-WJM-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of New Frontier Bank, Greeley, Colorado,

    Plaintiff,

v.

KANSAS BANKERS SURETY COMPANY,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous Orders entered during the pendency of this case, and the Order Granting Summary Judgment, entered by the Honorable William J. Martínez, United States District Judge, on May 21, 2015, it is

ORDERED that the Defendant's Motion for Summary Judgment (ECF No. 81) is GRANTED. It is

FURTHER ORDERED that Final Judgment is entered in favor of Defendant Kansas Bankers Surety Company and against Plaintiff Federal Deposit Insurance Corporation as receiver of New Frontier Bank, Greeley, Colorado, and the action and complaint are dismissed. It is

FURTHER ORDERED that Defendant is awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days after entry of Final Judgment.

Dated at Denver, Colorado this  22nd   day of May 2015.

                                                BY THE COURT:
                                                JEFFREY P. COLWELL, CLERK

                                                By:   s/Deborah Hansen
                                                Deborah Hansen, Deputy Clerk